1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,  )  Case №: 1:17-CR-00066-1- DAD
                            )
9              Plaintiff,    )         **O R D E R**
                            )   **APPOINTING COUNSEL**
10              vs.          )
                            )
11  JAVIER MARTIN-MUNOZ,     )
                            )
12              Defendant.   )
                            )

13

The above named Defendant has, under oath, sworn or affirmed as to his financial

14

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

15

obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

16

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

17

§ 3006A,

18

IT IS HEREBY ORDERED that Monica L. Bermudez be appointed to represent the

19
20

above defendant in this case effective *nunc pro tunc*  to  January 4, 2021, substituting the Federal

21

Defenders Office appointed per G.O. 595.

22

This appointment shall remain in effect until further order of this court.

23
24

IT IS SO ORDERED.

25
26

Dated:  __**January 5, 2021**__        _____

27

UNITED STATES DISTRICT JUDGE

28

-1-