1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Tel: (661) 616-2141
   Email: monica@lawbermudez.com
4
5  Attorney for:
   JAVIER MARTIN-MUNOZ
6
                UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9
10  UNITED STATES OF AMERICA,            Case No. 1:17-cr-00066-001 DAD
11              Plaintiff
12
13  JAVIER MARTIN-MUNOZ,                 STIPULATION AND ORDER FOR
                                         BRIEFING SCHEDULE
14              Defendants.
15
16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT COURT JUDGE; AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY:
17
18       **COMES NOW** Defendant, JAVIER MARTIN-MUNOZ, by and through his attorney of
19  record, MONICA L. BERMUDEZ, hereby submitting the following proposed order for a briefing
20  schedule regarding the Defendant's request for Compassionate Release.
21  **IT IS SO STIPULATED.**
                                         Respectfully Submitted,
22  DATED: February 19, 2021             */s/ Monica L. Bermudez*
                                         MONICA L. BERMUDEZ
23                                       Attorney for Defendant
                                         Javier Martin-Munoz
24
25  DATED: February 19, 2021             */s/Ross Pearson*
                                         ROSS PEARSON
26                                       Assistant U.S. Attorney
27
28
                                1

## **ORDER**

BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due April 5, 2021**

Government/Respondent's Opposition Brief **Due April 26, 2021**

Defendant's/Petitioner's Rely (if any) **Due May 10, 2021**

IT IS SO ORDERED.

Dated: __**February 22, 2021**__            _/s/ Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE